CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

```
Court Name: District Court
Division: 1
Receipt Number: 14637003612
Cashier ID: kowens
Transaction Date: 08/05/2005
Payer Name: US Tresury-BOP

PLRA CIVIL FILING FEE
 For: Butler, James
 Case/Party: D-MDX-1-01-CV-003770-001
 Amount:        $13.00

CHECK
 Check/Money Order Num: 73673143
 Amt Tendered: $13.00

Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00

01cv3770
```

SCANNED

FILED
LODGED
ENTERED
RECEIVED

AUG 12 2005

```
Court Name: District Court
Division: 1
Receipt Number: 14637003613
Cashier ID: kowens
Transaction Date: 08/05/2005
Payer Name: US Treasury-BOP

PLRA CIVIL FILING FEE
 For: Butler, James
 Case/Party: D-MDX-1-01-CV-003770-001
 Amount:        $13.00

CHECK
 Check/Money Order Num: 73673144
 Amt Tendered: $13.00

Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00

01cv3770
```

SCANNED    SCANNED

