```
Court Name: District Court
Division: 1
Receipt Number: 14637003772
Cashier ID: jkaiser
Transaction Date: 08/12/2005
Payer Name: BOP

PLRA CIVIL FILING FEE
 For: Butler, James
 Case/Party: D-MDX-1-01-CV-003770-001
 Amount:         $8.00
-----------------------------------
CHECK
 Check/Money Order Num: 73791594
 Amt Tendered:  $4.00
CHECK
 Check/Money Order Num: 73791595
 Amt Tendered:  $4.00
-----------------------------------
Total Due:      $8.00
Total Tendered: $8.00
Change Amt:     $0.00

01-3770
```

**SCANNED**



CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov
OFFICIAL BUSINESS

Mr. James Butler #10256-050
F.C.I. Cumberland
P.O. Box 1000
Cumberland, MD 21502

RETURN TO SENDER
CANNOT IDENTIFY BY NAME
OR NUMBER
NO LONGER AT FCI CUMBERLAND
KAGE AUTHORIZATION

**SCANNED**